UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                          Case No. 11-cr-60-PB

<u>Paul C. Gifford</u>

<u>O R D E R</u>

    The defendant has moved through counsel to continue the February 7, 2012 trial in the above case, citing the need for additional time to engage in plea negotiations or prepare for trial.  The government does not object to a continuance of the trial date.

    Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from February 7, 2012 to March 6, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161 (h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The January 23, 2012 final pretrial conference is continued to February 29, 2012 at 2:00 p.m.  No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

January 18, 2012

cc: Jeffrey Levin, Esq.
 Jennifer Davis, AUS4
 United States Marshal
 United States Probation